**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 ... ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CHRISTINE S. CLARKE,

                    Plaintiff,

      -against-

MOUNT SINAI HOSPITAL, JOSE GOMEZ,
GRETHEL MARKS, OFFICER DELIZ,
MS. THOMPSON

                  Defendant.
--------------------------------------------------------x

NOT FOR PUBLICATION

**ORDER**

05-CV-566 (CBA) (LB)

AMON, United States District Judge:

      The Court has received the Report and Recommendation ("R&R) of the Honorable Lois

Bloom, United States Magistrate Judge, dated June 28, 2007, recommending that the defendants'

motion for summary judgment be granted. On July 9, 2007, *pro se* plaintiff Christine Clark sent

a letter to the Court, apparently in response to Judge Bloom's R&R. However, the plaintiff does

not indicate in her letter the grounds upon which she objects to the R&R. Instead, she raises a

number of issues that she has previously raised in front of Judge Bloom, including, *inter alia*, her

assertion that her deposition testimony was altered and her request that the Court review her

exhibits and arguments. In addition, the plaintiff provides the Court with a copy of her previous

filings in this case. The Court has reviewed Judge Bloom's R&R as well as the papers submitted

by the plaintiff. The Court finds the plaintiff's arguments to be without merit and accordingly

adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment

in accordance with this Order.

      SO ORDERED.

Dated:      Brooklyn, New York
             July _13_ , 2007

/S/

Carol Bagley Amon
United States District Judge